IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA.

| UNITED STATES OF AMERICA, | ) | Case No. 8:18CR176 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JOSE CORRAL-AGUILAR, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Unopposed Motion for Permission to Travel [29]. Counsel for the defendant asserts that the government does not oppose the motion.

Therefore, the motion [29] is granted. The defendant is allowed to travel to Phoenix, Arizona from December 9, 2018 to December 11, 2018. Upon Defendant's return, Defendant shall inform his supervising officer with Pretrial Services.

**IT IS SO ORDERED.**

DATED this 6th day of December, 2018.

BY THE COURT

s/ Susan M. Bazis
United States Magistrate Judge