# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSE CORRAL-AGUILAR<br><br>                Defendant. | 8:18CR176<br><br>ORDER |

This matter is before the court on the defendant's Unopposed Motion to Continue [35]. Counsel is engaged in negotiations and seeks additional time to resolve this matter short of trial. Accordingly,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue [35] is granted as follows:

1. The jury trial, now set for April 23, 2019, is continued to **June 25, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 25, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 17th day of April 2019.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge