IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:18CR176 |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JOSE CORRAL-AGUILAR | |
| Defendant. | |

This matter is before the court on the defendant's Unopposed Motion to Continue [37]. Counsel is engaged in negotiations with the government and seeks additional time to resolve this matter short of trial. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue [37] is granted as follows:

1. The jury trial, now set for June 25, 2019, is continued to **July 30, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 30, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**3. No further continuances will be granted without a hearing before the Magistrate Judge.**

Dated this 18th day of June 2019.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge